UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKEY R. MADISON,<br>　　　　Plaintiff,<br>　　v.<br>RON DAVIS,<br>　　　　Defendant. | Case No. 18-04559 EJD (PR)<br>**ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL**<br><br>(Docket No. 16) |

　　　　Plaintiff, a California state prisoner, filed the instant pro se civil rights action pursuant to 42 U.S.C. § 1983. The Court dismissed the complaint with leave to amend, providing Plaintiff twenty-eight days in which to file an amended complaint. (Docket No. 14.) On December 13, 2018, Plaintiff filed a letter stating that he wishes to withdraw from the case as he is unable to move forward. (Docket No. 16.) .

　　　　Plaintiff may voluntarily dismiss his complaint with or without order of this Court. See Fed. R. Civ. P. 41(a)(1)(A), (a)(2). Because no opposing party has been served, Plaintiff's letter requesting to withdraw from the case is construed as a "notice of dismissal," and requires no order from the Court. See Fed. R. Civ. P. 41(a)(1)(A)(I). The motion is **GRANTED**, and this action is **DISMISSED**.

　　　　The Clerk of the Court shall terminate all pending motions and deadlines and close

the file.

**IT IS SO ORDERED.**

Dated: 1/10/2019

EDWARD J. DAVILA
United States District Judge

Order of Voluntary Dismissal
PRO-SE\EJD\CR.18\04559Madison_vol.dism

2